HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEROME PRICE, Bar #282400
Chief Assistant Federal Defender
801 I Street 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700/Fax: (916) 498-5710

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00252-ADA-BAM |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| MONICO GASTELO, | |
| *Defendants,* | |

Defendant Monico Gastelo, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

On December 9, 2020 Mr. Gastelo made an initial appearance with retained counsel Roger Nutall on a criminal complaint alleging violations of 18 U.S.C. §§ 2251(a) and (e), 2252(a)(2) and 2422(b). On December 14, 2022, the Court relieved retained attorney Roger Nuttall. Mr. Gastelo subsequently contacted the Office of the Federal Defender seeking appointed counsel. Mr. Gastelo's next status conference is January 25, 2023.

The attached Financial Affidavit is submitted as evidence of Mr. Gastelo financial inability to retain counsel. Therefore, after reviewing the Financial Affidavit, it is respectfully recommended that counsel be promptly appointed pursuant to 18 U.S.C. § 3006A.

DATED: December 28, 2022                 */s/ Jerome Price*
                                          JEROME PRICE
                                          Chief Assistant Federal Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **December 28, 2022**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE