PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00252 ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION SETTING TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MONICO GASTELO, | PROPOSED TRIAL DATE: July 23, 2024 TIME: 8:30 a.m. |
| Defendant. | COURT: Hon. Ana de Alba |

This case is set for a status conference on July 12, 2023, but the parties have agreed to vacate that hearing and schedule a trial beginning July 23, 2024.

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, accordingly stipulate as follows:

1. By previous order this matter was set for a status conference hearing on July 12, 2023. More recently the court has invited the parties to continue the status conference or schedule a trial.

2. Current defense counsel was appointed in January 2023 and is still becoming familiar with the case and discussing with the defendant the best strategy for defending against the pending charges.

3. By this stipulation, the parties agree that the court should schedule a trial to begin July 23, 2024, and to exclude time between July 12, 2023, and July 23, 2024, under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The parties stipulate, and request that the court find the

1

following:

  a) Counsel for defendant desires additional time to consult with his client, to review the current charges and conduct an investigation and research related to the charges, to discuss potential resolutions with his client, and to evaluate and potentially prepare pretrial motions.

  b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  c) The government does not object to the continuance and joins in the request.

  d) Based on the above-stated findings, the ends of justice are served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 12, 2023, to July 23, 2024, inclusive, is deemed excludable under 18 U.S.C.§ 3161(h)(7)(A), and (B)(iv), because it results from a continuance granted by the court at defendant's request on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. The parties also request that the court schedule a trial confirmation hearing for July 8, 2024.

IT IS SO STIPULATED.

Dated:  July 6, 2023          PHILLIP A. TALBERT
                  United States Attorney

                  /s/ David Gappa
                  David L. Gappa
                  Assistant United States Attorney

Dated: July 6, 2023 /s/ ROGER WILSON
ROGER WILSON
Counsel for Defendant
MONICO GASTELO

### ORDER

IT IS SO ORDERED that the status conference set for July 12, 2023, is vacated. A Jury Trial is set for **July 23, 2024, at 8:30 a.m. before District Judge Ana de Alba**. A Pretrial Conference is set for **July 8, 2024, at 1:30 p.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **July 7, 2023**    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE