(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant **ERICH MONICO GASTELO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**ERICH MONICO GASTELO,**<br><br>Defendant. | Case No.: **1:20-CR-00252-NODJ-BAM**<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND VACATE TRIAL**<br><br>Status Conference: June 12, 2024<br>Time: 1:00 p.m.<br>Department: 8 |

Defendant ERICH MONICO GASTELO, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record DAVID GAPPA, Assistant U.S. Attorney, hereby stipulate as follows:

1. By previous order, this matter was set for a jury trial on July 23, 2024, and trial conference on July 8, 2024, and status conference on June 12, 2024, and time under the Speedy Trial Act was excluded through July 23, 2024, inclusive, under 18 U.S.C § 3161(h)(7)(A) and B(iv).

2. The parties now stipulate and request that the trial be vacated, and a status conference be set for August 26, 2024. The parties request that the status conference be set with the district court so that the defendant will have the opportunity to plead guilty on that day or schedule a different trial date.

3. The parties agree and stipulate, and request that the Court find the following:

     a. Counsel for the defendant requires additional time to review, investigate, and advise his client whether to plead guilty without a plea agreement or proceed to trial.

     b. Counsel for the defendant has several upcoming trials scheduled impacting his availability to meet with and advise the defendant including a jury trial in Madera County Superior Court involving a former corrections officer and ninety-six counts of sexual assault that will begin on July 16, 2024, and is scheduled to last two months.

     c. Counsel for the defendant believes that failure to grant the above requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     d. The government does not object to the continuance.

     e. Based on the above-stated findings, the ends of justice would be served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C § 3161, et seq., within which trial must commence, the time period of June 12, 2024 to August 26, 2024, inclusive, is deemed excludable under 18 U.S.C § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:    June 10, 2024                           /s/ David Gappa
                                                               DAVID GAPPA
                                                               Assistant United States Attorney

DATED:     June 10, 2024                              /s/ Roger D. Wilson
                                                      ROGER D. WILSON
                                                      Attorney for ERICH MONICO GASTELO

## ORDER

IT IS SO ORDERED that the jury trial set for July 23, 2024, trial confirmation set for July 8, 2024 and status conference set for June 12, 2024 are vacated. A change of plea hearing is set for **August 26, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. At the status conference, the Court will set a date for a change of plea hearing before the District Judge. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **June 11, 2024**                     /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE