(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  **ERICH MONICO GASTELO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**ERICH MONICO GASTELO,**<br><br>Defendant. | Case No.: **1:20-CR-00252 NODJ**<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND SET TRIAL AND RELATED DATES**<br><br>Trial Date: April 22, 2025<br>Time: 8:30 a.m.<br>Courtroom: To be determined |

Defendant ERICH MONICO GASTELO, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record DAVID GAPPA, Assistant U.S. Attorney, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on August 26, 2024.
2. The parties now stipulate and request that the status conference be continued to January 13, 2025.  On that date the parties can address any issues that have arisen as the case has progressed toward trial, or the defendant will be able to enter guilty pleas.  Should the appearance become unnecessary, the parties will move the court to vacate that hearing.
3. Additionally, the parties stipulate and request the following dates be scheduled:
   Trial:  April 22, 2025
   Trial Confirmation/Motions in Limine Hearing: April 7, 2025

    Motions in Limine Reply: March 31, 2025

    Motions in Limine Response: March 24, 2025

    Motion in Limine filing deadline: March 17, 2025

    Expert Witness Disclosure: March 3, 2025

4. The parties agree and stipulate, and request that the Court find the following:

 a. Counsel for the defendant believes that failure to grant the above requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  This is because defense counsel has trials currently scheduled to begin the week of August 26 (which might go until November 2024) and two different trials scheduled to take place in January 2025.  Government counsel has a trial set to begin in February 2025.

 b. The government does not object to the continuance.

 c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

 d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C § 3161, et seq., within which trial must commence, the time period of August 26, 2024 to April 22, 2025 inclusive, is deemed excludable pursuant to 18 U.S.C § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: August 21, 2024                               /s/ Roger D. Wilson
                                                     ROGER D. WILSON
                                                     Attorney for ERICH MONICO GASTELO

DATED: August 21, 2024                               /s/ David Gappa
                                                     DAVID GAPPA
                                                     Assistant United States Attorney

--o0o--

# **O R D E R**

IT IS SO ORDERED that the status conference set for August 26, 2024 CONTINUED to **January 13, 2025, at 8:30 a.m. in courtroom 5 before the District Court Judge**. A jury trial is set for **April 22, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **2-3 days**. A trial confirmation is set for **April 7, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

The Court sets the following briefing/disclosure schedule:

   Motion in Limine filing deadline: March 17, 2025

   Motions in Limine Response: March 24, 2025

   Motions in Limine Reply: March 31, 2025

   Trial Confirmation/Motions in Limine Hearing: April 7, 2025 at 8:30 a.m.

   Expert Witness Disclosure: March 3, 2025

IT IS SO ORDERED.

Dated:   **August 22, 2024**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE