(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  **ERICH MONICO GASTELO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**ERICH MONICO GASTELO,**<br><br>Defendant. | Case No.: **1:20-CR-00252-NODJ-BAM**<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Status Conference: January 8, 2025<br>Time: 8:30 a.m.<br>Courtroom: 5 |

    Defendant ERICH MONICO GASTELO, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record DAVID GAPPA, Assistant U.S. Attorney, hereby stipulate as follows:

    1.    By previous order, this matter was set for a status conference on January 8, 2025.

    2.    By this stipulation, defendant now moves to continue change of plea until April 21, 2025, at 8:30 a.m. and to exclude time between January 8, 2025, and April 21, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

    3.    The parties agree and stipulate, and request that the Court find the following:

        a.    Counsel for the defendant desires additional time to due to a scheduling conflict involving a mediation hearing in Visalia, California involving the City of Visalia and a Visalia Police Officer that is scheduled to take place on January 6, 2025, at 1:30 p.m. and January 8, 2025, at 8:30 a.m.

b. Counsel for the defendant believes that failure to grant the above requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object the continuance.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:   December 23, 2024                         /s/ David Gappa
                                                   DAVID GAPPA
                                                   Assistant United States Attorney

DATED:   December 23, 2024                         /s/ Roger D. Wilson
                                                   ROGER D. WILSON
                                                   Attorney for ERICH MONICO GASTELO

--o0o--

**O R D E R**

IT IS SO ORDERED that the status conference set for January 8, 2025, before Judge Drozd is vacated. A status conference is set for **March 13, 2025 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara McAuliffe**. The dates set forth in Doc. 75 remain on calendar, including the motion briefing schedule, the trial date, and the trial confirmation. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv). If a plea agreement is filed in advance of March 13, 2025, the Court will vacate the motion briefing schedule, the trial date, and the trial confirmation.

IT IS SO ORDERED.

Dated: **December 27, 2024**    /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE