MICHELE BECKWITH
Acting United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

McKENZIE HIGHTOWER
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
1301 New York Avenue NW, 11TH Floor
Washington, DC 20005
Telephone: 202-215-7126

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00252-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION RESETTING TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MONICO GASTELO, | PROPOSED TRIAL DATE: May 27, 2025 |
| Defendant. | TIME: 8:30 a.m.<br>COURT: Hon. John C. Coughenour |

This case currently is set for a trial beginning April 22, 2025, in Sacramento, California, but the parties have agreed to vacate that trial date and reschedule it for a trial beginning May 27, 2025, in Fresno, California.

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, accordingly stipulate as follows:

1. By previous order this matter was scheduled, by stipulation, for a trial to begin on April 22, 2025, in Fresno, California. More recently the court ordered that the case be transferred to a judge in Sacramento for all future proceedings including trial.

2. Defense counsel moved the court on February 24, 2025, for a continuance and referenced

1

the impact that a trial in Sacramento would have on his practice, especially in light of a busy schedule of hearings. The government opposed a later trial date but pointed to the added stress and inconvenience a trial in Sacramento would cause for a minor victim and family members who are likely witnesses.

3. The court conducted a hearing on the defendant's motion to continue on March 12, 2025, and has since learned that the Honorable John C. Coughenour graciously has agreed to travel to Fresno, California to conduct the trial. That date is the earliest date that works for the calendars of the court, counsel, and necessary witnesses.

4. By this stipulation, the parties agree that the court should reschedule the trial from April 22, 2025, to begin May 27, 2025, and to exclude time between April 22, 2025, and May 27, 2025, under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The parties stipulate, and request that the court find the following:

    a) Counsel for defendant desires additional time to consult with his client, to finalize review of the current charges and available evidence, and to continue to discuss potential resolutions with his client. Defense counsel will also benefit from the additional time to evaluate and potentially prepare pretrial motions.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in light of recent previous trials in which counsel was engaged.

    c) The government does not object to the continuance and joins in the request. By agreeing to the continuance, the court will be able to reduce negative impacts of trial testimony for a minor witness and family members.

    d) Based on the above-stated findings, the ends of justice are served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 22, 2025, to May 27, 2025, inclusive, is deemed excludable under 18 U.S.C.§ 3161(h)(7)(A), and (B)(iv), because it results

from a continuance granted by the court at defendant's request on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

6. The parties will comply with any pretrial order that the court issues in advance of the anticipated trial beginning May 27, 2025.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: March 13, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ David Gappa<br>David L. Gappa<br>Assistant United States Attorney |
| Dated: March 13, 2025 | /s/ ROGER WILSON<br>ROGER WILSON<br>Counsel for Defendant<br>MONICO GASTELO |

3

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>             v.<br><br>MONICO GASTELO,<br><br>                    Defendant. | CASE NO.  1:20-CR-00252 NODJ-BAM<br><br> FINDINGS AND ORDER<br><br>PROPOSED TRIAL DATE: May 27, 2025<br>TIME: 8:30 a.m.<br>COURT: Hon. John C. Coughenour |

The court has reviewed and considered the stipulation that the parties filed on March 14, 2025. This case is rescheduled for a trial beginning on **May 27, 2025, at 8:30 a.m. before the Honorable John C. Coughenour**, Senior United States District Court Judge for the Western District of Washington.  By separate order, this case will be reassigned to District Judge Coughenour.

The trial will take place in the United States Courthouse for the Eastern District of California in Fresno. The jury trial date of April 22, 2025, and trial confirmation date of April 7, 2025, are vacated. For the reasons stated in the stipulation, the period of time from April 22, 2025, through May 27, 2025, inclusive, is deemed excludable under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the court at the request of the parties on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **March 14, 2025**            /s/ *Barbara A. McAuliffe*       _
                                      UNITED STATES MAGISTRATE JUDGE