(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant **ERICH MONICO GASTELO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**ERICH MONICO GASTELO,**<br><br>Defendant. | Case No.: **1:20-CR-00252 NODJ**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE JURY TRIAL**<br><br>Jury Trial: May 27, 2025<br>Time: 8:30 a.m.<br>Courtroom: 5 |

    Defendant ERICH MONICO GASTELO, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record DAVID GAPPA, Assistant U.S. Attorney, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on May 27, 2025.

2. The court noticed the parties that due to scheduling conflicts the trial cannot begin May 27, 2025, and needed to begin the trial May 28, 2025.

3. By this stipulation, the parties now move to continue the jury trial to May 28, 2025, at 8:30 a.m. and to exclude time between May 27, 2025, and May 28, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

4. The parties agree and stipulate, and request that the Court find the following:

        a. Due to a conflict of Judge Coughenour's schedule on May 27, 2025, the Court is requesting to begin the jury trial a day later and to be re-set on May 28, 2025.

        b. Counsel for the Defendant nor the Government objects to this request.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:   May 13, 2025              /s/ David Gappa
                                            DAVID GAPPA
                                            Assistant United States Attorney

DATED:   May 13, 2025              /s/ Roger D. Wilson
                                              ROGER D. WILSON
                                            Attorney for ERICH MONICO GASTELO

--o0o--

**O R D E R**

IT IS SO ORDERED that the jury trial set for May 27, 2025, be continued to May 28, 2025, at 8:30 a.m. in Courtroom 5. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED

DATED:    May 13, 2025

*/s/ John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE