(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant **ERICH MONICO GASTELO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**ERICH MONICO GASTELO,**<br><br>Defendant. | Case No.: **1:20-CR-00252 NODJ**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND PRETRIAL DEADLINES**<br><br>Jury Trial: May 28, 2025<br>Time: 8:30 a.m.<br>Courtroom: 5 |

   Defendant ERICH MONICO GASTELO, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record DAVID GAPPA, Assistant U.S. Attorney, hereby stipulate as follows:

   1. By previous order, the Court set a pretrial filing deadline for trial briefs, exhibit and witness lists, proposed jury instructions, a verdict form and voir dire for May 13, 2025.

   2. By this stipulation, the parties now move to extend the May 13, 2025, pretrial filing deadline for trial briefs, exhibit and witness lists, proposed jury instructions, a verdict form and voir dire to May 14, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for the Defendant nor the Government objects to this request.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:     May 13, 2025                    /s/ David Gappa
                                                                DAVID GAPPA
                                                                Assistant United States Attorney

DATED:     May 13, 2025                    /s/ Roger D. Wilson
                                                                ROGER D. WILSON
                                                               Attorney for ERICH MONICO GASTELO

--o0o--

**O R D E R**

IT IS SO ORDERED that the May 13, 2025, pretrial filing deadline for trial briefs, exhibit and witness lists, proposed jury instructions, a verdict form and voir dire, be extended to May 14, 2025.

IT IS SO ORDERED

DATED:   May 13, 2025

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT COURT JUDGE