ERIC GRANT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00252-JLT-BAM |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| ERICH MONICO GASTELO, | |
| Defendant. | |

Based upon the *Amended* Bill of Particulars for Forfeiture of Property filed May 12, 2025, and Defendant's Waiver of Rights and Factual Basis in Support of Plea filed by defendant Erich Monico Gastelo on May 28, 2025, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253(a), defendant Erich Monico Gastelo's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Samsung cellular phone, Model SM-U975U, and

    b. Samsung Galaxy Note 8, Model SM-N950U.

2. The above-listed property was used or intended to be used to commit and to promote the commission of a violation of 18 U.S.C. §§ 2251(a), 2251(e), 2252(a)(2), and 2252(b)(1).

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S.

Customs and Border Protection – Homeland Security Investigations, in its secure custody and control.

    4.    a.    Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

        b.    This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within 60 days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within 30 days from receipt of direct written notice, whichever is earlier.

    5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:  **November 14, 2025**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture