ERIC GRANT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

MCKENZIE HIGHTOWER
Trial Attorney
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
1301 New York Avenue NW, 11TH Floor
Washington, DC 20005
Telephone: (202) 215-7126

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00252-JLT-BAM |
|---|---|
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR FORFEITURE MONEY JUDGMENT |
| ERICH MONICO GASTELO, | |
| Defendant. | |

On May 28, 2025, defendant Erich Monico Gastelo entered a guilty plea to sexual exploitation of a minor and attempt in violation of 18 U.S.C. §§ 2251(a) and 2251(e) (Count One) and receipt and distribution of a visual depiction of a minor engaged in sexually explicit conduct in violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) (Count Two), as charged in the Indictment. On November 17, 2025, defendant Erich Monico Gastelo was sentenced and as part of his sentencing, he entered into the sentencing record his agreement to forfeit voluntarily and immediately $40,000, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), for forfeiture purposes concerning the use or intended use of defendant's real property located at 1604 N. Farris Avenue, Fresno, California to commit and to

promote the commission of a violation of 18 U.S.C. §§ 2251(a), 2252(a)(2), and 2252(b)(1), to which he has pled guilty.  Plaintiff hereby applies for entry of a money judgment as follows:

1.  Pursuant to 18 U.S.C. §§ 2253(a), 2253(b), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Monico Erich Gastelo in the amount of $40,000.

2.  The above-referenced personal forfeiture money judgment is imposed based on defendant Monico Erich Gastelo's convictions for violating 18 U.S.C. §§ 2251(a), 2252(a)(2), and 2252(b)(1) (Counts One and Two).  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the use or intended use of defendant's real property located at 1604 N. Farris Avenue, Fresno, California, which the defendant agreed is subject to forfeiture based on the offenses of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3.  Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Customs and Border Protection, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 2500, Fresno, CA 93721.  The defendant agreed to collateralize the money judgment with the real property at 1604 N. Farris Avenue, Fresno, California until the money judgment is paid in full.  The government presently maintains a *lis pendens* recorded against the real property at 1604 N. Farris Avenue, Fresno, CA, APN: 444-272-12 (Recording Number 2024-0061259), which shall remain in place until the money judgment is satisfied.  Within 30 days of satisfaction of the $40,000 money judgment, the United States shall withdraw its *lis pendens*.

4.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by U.S. Customs and Border Protection – Homeland Security Investigations, in its secure custody and control.  The personal forfeiture money judgment shall be paid in payments following the imposition of sentence to commence immediately.  Any funds paid to

///
///
///
///

victims through restoration or remission shall be credited to the defendant's restitution obligation.

Dated:  November 17, 2025                    ERIC GRANT
                                             United States Attorney


                                             /s/ David Gappa
                                             DAVID L. GAPPA
                                             Assistant U.S. Attorney


                                             /s/ McKenzie Hightower
                                             McKenzie Hightower
                                             Trial Attorney

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Monico Erich Gastelo in the amount of $40,000.  Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to U.S. Customs and Border Protection, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.

The *lis pendens* recorded against the real property at 1604 N. Farris Avenue, Fresno, CA, APN: 444-272-12 (Recording Number 2024-0061259), shall remain in place until the money judgment is satisfied.  Within 30 days of satisfaction of the $40,000 money judgment, the United States shall withdraw its *lis pendens*.

Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by U.S. Customs and Border Protection – Homeland Security Investigations, in its secure custody and control.  The personal forfeiture money judgment shall be paid in payments following the imposition of sentence to commence immediately.  Any funds paid to victims through restoration or remission shall be credited to the defendant's restitution obligation.

IT IS SO ORDERED.

Dated:   **November 18, 2025**

UNITED STATES DISTRICT JUDGE

Application and Order for Forfeiture Money Judgment