UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MONICO GASTELO,<br><br>    Defendant. | Case No.: 1:20-CR-00252-1-JLT<br>CA Case No: 25-7471<br><br>**ORDER APPOINTING COUNSEL** |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes the Court to appoint him counsel on appeal. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

    1. Andrea R. St. Julian is appointed to represent the defendant in this case effective *nunc pro tunc* to December 1, 2025. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **December 19, 2025**

UNITED STATES DISTRICT JUDGE